IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. FLOWERS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY SHERIFF, et al.,<br><br>    Defendants.               / | No. C 08-04179 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |

    Plaintiff, a state prisoner, filed the instant <u>pro se</u> prisoner complaint under 42 U.S.C. § 1983.  The Court has dismissed Plaintiff's complaint with leave to amend.  Plaintiff has filed a request for an extension of time to file his amended complaint.

    Good cause appearing, the request is GRANTED.  Plaintiff shall file his amended complaint up to and including **forty-five (45) days** from the date this order is signed.

    If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed.

    IT IS SO ORDERED.

Dated: <u>8/24/09</u>

                                              CLAUDIA WILKEN<br>                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH J. FLOWERS,

    Plaintiff,

v.

ALAMEDA COUNTY SHERIFF et al,

    Defendant.

Case Number: CV08-04179 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph J. Flowers
Marin County Jail
13 Peter Behr Dr.
San Rafael, CA 94903

Dated: August 24, 2009

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

2