IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. FLOWERS,<br><br>          Plaintiff,<br><br>     v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>          Defendants.                      / | No. C 08-04179 CW (PR)<br><br>ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL |

    Before the Court is Plaintiff's second motion for appointment of counsel to represent him in this action.  The Court previously denied Plaintiff's first request for appointment of counsel.  For the same reasons, Plaintiff's second request for appointment of counsel is DENIED.

    This Order terminates Docket no. 57.

    IT IS SO ORDERED.

Dated: 3/1/2011

                                    _____
                                    CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH J. FLOWERS,

        Plaintiff,

  v.

ALAMEDA COUNTY SHERIFF et al,

        Defendant.

Case Number: CV08-04179 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph J. Flowers F82065
DVI Prison
P.O. Box 600
Tracy, CA 95378

Dated: March 1, 2011

                        Richard W. Wieking, Clerk
                        By: Nikki Riley, Deputy Clerk