IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. FLOWERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA COUNTY SHERIFF GREGORY AHERN, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 08-4179 CW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME; SETTING NEW DISCOVERY AND BRIEFING SCHEDULES<br><br>(Docket no. 81) |

　　Plaintiff Joseph J. Flowers, a state prisoner, filed this pro se civil rights action concerning events that took place when he was a pretrial detainee at the Alameda County jail.  According to the scheduling Order issued by the Court on June 23, 2011, the parties were to complete all discovery by July 5, 2011, and if Plaintiff intended to file a motion to compel discovery he was to do so by July 15, 2011.  Additionally, Plaintiff was directed to file his opposition to Defendants' motion for summary judgment by August 15, 2011.

　　Plaintiff now seeks an extension of time to file both his motion to compel discovery and his opposition to Defendants' motion for summary judgment on the ground he was transferred on July 12, 2011 to Salinas Valley State Prison and did not have access to his legal materials for two weeks while he was awaiting his housing assignment.

　　Good cause appearing, Plaintiff's request is GRANTED.

　　If Plaintiff intends to file a motion to compel discovery with respect to any unresolved discovery matters, he shall do so, and serve a copy on Defendants, no later than **August 19, 2011.**

　　Defendants shall file a response to Plaintiff's motion no

later than **August 26, 2011.**

Plaintiff shall file with the Court and serve on Defendants his opposition to Defendants' motion for summary judgment no later than **September 15, 2011**.[1]

Defendants <u>shall</u> file a reply brief no later than **September 22, 2011**.

No further extensions of time with respect to the above deadlines will be granted absent compelling circumstances.

This Order terminates Docket no. 81.

IT IS SO ORDERED.

Dated: 8/11/2011

*(signature)*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

---

[1] Because of the large number of claims in the instant action, Plaintiff is advised that in order to meet the Court's deadline he should, to the extent possible, begin preparing his opposition even before all discovery matters have been resolved.

2